Christopher A. Ferguson, Esq.  (IN #27833-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ALEXIS MOORE,<br>         Plaintiff,<br><br>   vs.<br><br>CABLE ONE INC., a corporation; TRANS UNION, LLC, a limited liability company; and DOES 1 through 10, inclusive;<br>         Defendants. | CASE NO. 2:15-cv-02287-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** |

Plaintiff Alexis Moore ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:15-cv-02287-WBS-AC**

Respectfully submitted,

Date: <u>June 8, 2016</u>   */s/ Octavio Cardona-Loya* (with consent)
Octavio Cardona-Loya, II, Esq.
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA  91910
Telephone:  619-476-0300
Fax:  775-898-5471
E-Mail:  vito@goldoncardona.com

*Counsel for Plaintiff Alexis Moore*

Date: <u>June 8, 2016</u>   */s/ Christopher A. Ferguson*
Christopher A. Ferguson, Esq.
   (IN #27833-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:15-cv-02287-WBS-AC**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Alexis Moore against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Alexis Moore and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: June 8, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DISTRIBUTION TO:

| | |
|---|---|
| Octavio Cardona-Loya, II, Esq.<br>vito@goldencardona.com | Lauren E. Tate, Esq.<br>ltate@tateandassociates-law.com |
| Christopher A. Ferguson, Esq.<br>cferguson@schuckitlaw.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:15-cv-02287-WBS-AC**